STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
By: STEPHANIE BARKER
Chief Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Stephanie.Barker@ClarkCountyDA.com
*Attorney for the Clark County Treasurer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-CR-439-PMP-PAL |
| Plaintiff, | |
| vs. | VERIFIED PETITION TO ASSERT LEGAL INTEREST IN FORFEITED PROPERTY |
| EMMANOUIL VARAGIANNIS, (aka Manny Varagiannis), | |
| Defendant. | |

COMES NOW the Clark County Treasurer, LAURA B. FITZPATRICK, by Clark County District Attorney Steven B. Wolfson, through Chief Deputy District Attorney Stephanie A. Barker, and hereby asserts a legal interest on behalf of Clark County for property taxes, penalties, interests and costs, along with any liens and interests the County may have due and owing on the property of which the United States of America is seeking forfeiture, in the above-captioned criminal action. This Petition is based upon the personal knowledge and the business records of the Clark County Treasurer.

I.

## CLAIM/LEGAL INTEREST

1. That the Clark County Treasurer is an elected official in the County of Clark, State of Nevada.

1   2.   That pursuant to Nev. Rev. Stat. 361.475, the Clark County Treasurer is vested with the legal obligation to collect property taxes assessed against real property located within the County of Clark, State of Nevada.

3.   Clark County has a financial interest in the real property known as Assessor's Parcel Number 138-23-710-017 (the "subject real property") as described in the Notice of Forfeiture filed in the instant case on April 29, 2014.

4.   That the Clark County Treasurer is informed and believes and therefore alleges that as of May 9, 2014, the total due and owing for property taxes, penalties, interests and costs is Two Thousand Twelve Dollars and sixty four cents ($2,012.64). An authenticated, certified copy of the Clark County Treasurer's Property Account Inquiry is attached hereto as Exhibit "A."

5.   That taxes, penalties, interests and costs, along with any special assessments and liens and interests that Clark County may have, will continue to accrue on a daily basis and the exact figure is unknown until a specific date of payment is determined.

II.

RELIEF SOUGHT

That the Clark County Treasurer be paid the full amount due and owing in taxes, penalties, interests and costs, along with any special assessments, liens and interest due and owing on and through the date of payment, from the proceeds of any forfeiture of the subject real property.

DATED this 13th day of June, 2014.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: _____
STEPHANIE BARKER
Deputy District Attorney
State Bar No. 3176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada  89155-2215
*Attorney for the Clark County Treasurer*

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
June 18, 2014

## VERIFICATION

I, LAURA B. FITZPATRICK, being first duly sworn, hereby attest that I am the duly elected Clark County Treasurer, that I have read the foregoing Petition to Assert Legal Interest in Forfeited Property, that I have reviewed the Property Account Inquiry Summary Screen attached thereto as Exhibit A and verify that it is a true and accurate copy of a business record maintained in the ordinary course of business in the Office of the Clark County Treasurer, and that by my signature hereinbelow I verify the truth and accuracy of the representations in said Petition as of the date of my signature hereon.

DATED this 8th day of June, 2014.

LAURA B. FITZPATRICK
Clark County Treasurer

SUBSCRIBED AND SWORN
by LAURA B. FITZPATRICK
this 18 day of June, 2014.

_____
NOTARY PUBLIC
in and for the County of Clark



AMAYA BERISTAIN
NOTARY PUBLIC
STATE OF NEVADA
APPT No. 00-62340-1
MY APPT EXPIRES MAY 16, 2017

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Clark County District Attorney and that on this 18th day of June, I served a true and correct copy of the foregoing **Verified Petition to Assert Legal Interest in Forfeited Property** through CM/ECF Electronic Filing system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

   Daniel D. Hollingsworth
   *Attorney for Plaintiff*
   Daniel.hollingsworth@usdoj.gov

_____
An Employee of the Clark County District
Attorney's Office – Civil Division

# EXHIBIT "A"





**Clark County Treasurer's Office**

Laura B. Fitzpatrick, Treasurer
500 S Grand Central Pky
PO Box 551220
Las Vegas NV  89155-1220
(702) 455-4323
www.clarkcountynv.gov/treasurer

# Real Property and Special Tax Statement for Fiscal Year 2013-2014

UNITED STATES OF AMERICA
%D HOLLINGSWORTH
333 LAS VEGAS BLVD S #5000
LAS VEGAS NV  89101

Parcel Number:   138-23-710-017
Tax District: 200   Tax Rate: 3.2782
Tax Cap %: 4.2
Location:   6225 BELLOTA DR

Assessor Description:  SIERRA OESTE PLAT BOOK 31 PAGE 18 LOT 17 BLOCK 1

| Assessed Valuation for 2013-2014 | |
|---|---:|
| Land | 11,200 |
| Building & Improvement | 39,252 |
| Personal Property | 0 |
| **Assessed Value Subject to Cap** | 50,452 |
| New Land Value** | 0 |
| New Improvement Value** | 0 |
| Personal Property Value** | 0 |
| Less Exemption | 0 |
| **Net Assessed Value** | 50,452 |
| New Construction Supplemental** | 0 |

**Not Subject to Cap**

| Summary | |
|---|---:|
| Taxes as Assessed | $1,653.92 |
| Cap Reduction (if applicable) | $0.00 |
| Net Taxes | $1,653.92 |
| **Other Charges** | |
| Las Vegas Artesian Basin | $0.98 |
| **Total Annual Charges** | $1,654.90 |

**Payment Installments**

| Description | Due Date | Original Amount | Amount Due |
|---|---|---:|---:|
| Installment 1 | 8/19/2013 | $543.63 | $543.63 |
| Installment 2 | 10/7/2013 | $518.91 | $518.91 |
| Installment 3 | 1/6/2014 | $487.90 | $487.90 |
| Installment 4 | 3/3/2014 | $456.20 | $456.20 |
| Costs | 3/22/2014 | $6.00 | $6.00 |

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT



Make checks payable to:
**Clark County Treasurer's Office**
Mail to:
500 S Grand Central Pky
PO Box 551220
Las Vegas NV  89155-1220

Fiscal Year 2013-2014
Parcel Number:   138-23-710-017
Location:   6225 BELLOTA DR



**Comment:**   Quote good until 06/30/14  ctb

| | |
|---|---|
| **Minimum Due:** | $2,012.64 |
| **To Pay In Full:** | $2,012.64 |

Enter Payment Amount

$

138237100171410000201264

Date 6-12-14

I do hereby certify that this is a true copy of the instrument now on record in the Office of the Clark County Treasurer,

Laura B. Fitzpatrick, Clark County Treasurer

By: *[signature]*
Deputy Treasurer
Date  6-12-14



**Clark County Treasurer's Office**
Laura B. Fitzpatrick, Treasurer
500 S Grand Central Pky
PO Box 551220
Las Vegas NV  89155-1220
(702) 455-4323
www.clarkcountynv.gov/treasurer

## Real Property and Special Tax Statement for Fiscal Year 2013-2014--Con't.

**Parcel Number:**   138-23-710-017

### Distribution of Fiscal Year 2013-2014 Taxes

| Distribution of Tax Dollars | Tax Rate | Taxes as Assessed | Cap Reduction | Net Taxes |
|---|---|---|---|---|
| COUNTY SCHOOL MAINTENANCE & OPERATION | 0.7500 | 378.39 | 0.00 | 378.39 |
| LAS VEGAS CITY | 0.6765 | 341.31 | 0.00 | 341.31 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | 279.20 | 0.00 | 279.20 |
| CLARK COUNTY GENERAL OPERATING | 0.4470 | 225.52 | 0.00 | 225.52 |
| LVMPD MANPOWER SUPPLEMENT LV | 0.2800 | 141.26 | 0.00 | 141.26 |
| STATE OF NEVADA | 0.1700 | 85.77 | 0.00 | 85.77 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | 50.45 | 0.00 | 50.45 |
| LAS VEGAS CITY FIRE SAFETY | 0.0950 | 47.93 | 0.00 | 47.93 |
| LV/CLARK COUNTY LIBRARY | 0.0942 | 47.52 | 0.00 | 47.52 |
| CLARK COUNTY CAPITAL | 0.0500 | 25.23 | 0.00 | 25.23 |
| CLARK COUNTY FAMILY COURT | 0.0192 | 9.69 | 0.00 | 9.69 |
| INDIGENT ACCIDENT FUND | 0.0150 | 7.57 | 0.00 | 7.57 |
| CLARK COUNTY DEBT | 0.0129 | 6.51 | 0.00 | 6.51 |
| STATE COOPERATIVE EXTENSION | 0.0100 | 5.05 | 0.00 | 5.05 |
| LVMPD EMERGENCY 911 | 0.0050 | 2.52 | 0.00 | 2.52 |
| LAS VEGAS CITY DEBT | 0.0000 | 0.00 | 0.00 | 0.00 |
| **TAX DISTRIBUTION** | **3.2782** | **1,653.92** | **0.00** | **1,653.92** |

**Detail of Amount Due**

| Year | Description | Total Tax Amt. | Balance Due |
|---|---|---|---|
| 2014 | Property Tax Principal | $1,653.92 | $1,653.92 |
| 2014 | Las Vegas Artesian Basin | $0.98 | $0.98 |
| 2014 | Property Tax Penalty | $248.29 | $248.29 |
| 2014 | Property Tax Interest | $103.45 | $103.45 |
| 2014 | Advertising Fee | $4.00 | $4.00 |
| 2014 | MAILING FEE | $2.00 | $2.00 |
| **Total for Fiscal Tax Year 2014:** | | **$2,012.64** | **$2,012.64** |
| | **Total:** | **$2,012.64** | **$2,012.64** |

I do hereby certify that this is a true copy of the instrument now on record in the Office of the Clark County Treasurer,

Laura B. Fitzpatrick, Clark County Treasurer

By _____
Deputy Treasurer
Date  6-13-14